AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Michael Douglas Cook | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-CV-00832 |
| Kilolo Kijakazi, Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final judgment is entered in favor of Kilolo Kijakazi, Commissioner of Social Security, and against Plaintiff, Michael Douglas Cook, pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 9/6/2022 [ECF Docs. 13, 14].

Date: 9/6/2022

*CLERK OF COURT*

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*